Case 7:16-cv-00167 Document 17 Filed in TXSD on 06/27/17 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RGOI ASC, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-167 |
| | § | |
| AETNA LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

On this day the Parties' Stipulation of Dismissal With Prejudice, (Dkt. No. 16), came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all claims and causes of action asserted by Plaintiff RGOI ASC, Ltd. ("Plaintiff") against Defendant Aetna Life Insurance Company ("Aetna") in this lawsuit should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court; it is therefore

ORDERED that all of Plaintiff's claims and causes of action against the Defendant are dismissed with prejudice; and it is further

ORDERED that all attorneys' fees and costs of court are to be borne by the party incurring the same.

This is a FINAL JUDGMENT and finally and completely disposes of all parties and all claims, counter-claims and cross-claims, whether asserted or not.

SO ORDERED this 27th day of June, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge